UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nancy S. Sundstrom,
    Plaintiff,

-v-

Sun Life Assurance Company
of Canada,
    Defendant.

No. 1:07-cv-189

HONORABLE PAUL L. MALONEY

## JUDGMENT

Having considered the administrative record and affirmed the plan administrator's denial of benefits, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: January 29, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge